[Cite as *03/24/2003 Case Announcements,* 2003-Ohio-1384.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

## *March 24, 2003*

### MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2003–0327.   **MARBEL Energy Corp. v. Zaino.**
Board of Tax Appeals, Nos. 1998–G–302, 1998–G–303 and 1998–G–304.

[Cite as *03/25/2003 Case Announcements,* 2003-Ohio-1439.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

## *March 25, 2003*

### MOTION AND PROCEDURAL RULINGS

2002–0900.   **State v. Lozier.**
Holmes App. No. 01CA21, 2002-Ohio-1671. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Holmes County. Upon consideration of the joint motion of appellant and amicus curiae Ohio Attorney General Jim Petro for amicus curiae to participate in oral argument scheduled for April 30, 2003,

IT IS ORDERED by the court that the motion for leave to participate in oral argument be, and hereby is, granted, and the amicus curiae shall share the time allotted to appellant.

2002–1147.   **State v. Shondrick.**
Medina App. No. 3216–M, 2002-Ohio-2439. This cause is pending before the court as an appeal from the Court of Appeals for Medina County. Upon consideration of appellee's motion for continuance of oral argument currently scheduled for April 29, 2003,

IT IS ORDERED by the court that the motion for continuance of oral argument be, and hereby is, denied.

2002–1231.   **State v. Shondrick.**
Medina App. No. 3216–M, 2002-Ohio-2439. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Medina County. Upon consideration of appellee's motion for continuance of oral argument currently scheduled for April 29, 2003,

IT IS ORDERED by the court that the motion for continuance of oral argument be, and hereby is, denied.

2003–0463.   **Am. Modern Home Ins. Co. v. Hagopian.**
Crawford App. No. 3–02–23, 2003-Ohio-342. This cause is pending before the court as a discretionary appeal and cross-appeal. On March 13, 2003, an appeal was filed in case No. 2003–0483 arising from the same court of appeals decision being appealed in this case. Accordingly,

IT IS ORDERED by the court, sua sponte, that a copy of the notice of appeal filed in case No. 2003–0483 be deemed filed as a second notice of appeal in this case.

IT IS FURTHER ORDERED that the appellee/cross-appellant shall file its combined jurisdictional memorandum, in accordance with S.Ct.Prac.R. III(4), within 30 days from the date of this entry. Appellants/cross-appellees shall then file their memoranda in response, in accordance with S.Ct. Prac.R. III(4), within 30 days of the filing of the appellee/cross-appellant's memorandum.